**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Hector David PORTILLO, Defendant—
Appellant.**

**No. 09–7476.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 29, 2009.

Hector David Portillo, Appellant Pro Se. Bernard James Apperson, III, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector David Portillo appeals the district court's order denying his motion to amend his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Portillo,* No. 1:95–cr–00522–LMB–1 (E.D.Va. July 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*